United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SARAY MARTINEZ DE LAZO,<br>"Petitioner," | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00838 |
| WARDEN, EL VALLE DETENTION CENTER, *et. al.*,<br>"Respondents." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 6) ("MSJ"), and the Magistrate Judge's "Report and Recommendation to Dismiss Petitioner's Habeas Petition" (Dkt. No. 8) ("Report and Recommendation").

The Report and Recommendation was published on September 11, 2026, and objections to the Report and Recommendation were due on September 25, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 8) is **ADOPTED**. Thus, Plaintiff's Petition (Dkt. No. 1) is **DENIED**, and the MSJ (Dkt. No. 6) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 28, 2026

Rolando Olvera
United States District Judge