United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SARAY MARTINEZ DE LAZO, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00838 |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al.,* | § | |
| "Respondents" | § | |

**ORDER**

Before the Court is Petitioner's "Motion to Alter Judgment" (Dkt. No. 10). It is **ORDERED** that Respondents shall file a response to Petitioner's motion (Dkt. No. 10) by **November 13, 2026, at 5:00 p.m. CST**.

SIGNED this October 26, 2026

Rolando Olvera
United States District Judge